# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of -- | ) |
| | ) |
| JCI International, Inc. | )  ASBCA No. 59719-955 |
| | ) |
| Under Contract No. W912QR-10-C-0087 | ) |

APPEARANCE FOR THE PETITIONER:  Mr. Julio E. Martinez
President

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
David C. Brasfield, Jr., Esq.
Andrea M. Dowdy, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Mobile

## DISMISSAL ORDER

On 2 December 2014, the contractor filed, under Board Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on its $258,330 claim. By letter dated 31 December 2014, government counsel informed the Board that the contracting officer issued a decision on that date.

Accordingly, the Board dismisses this petition as moot.

Dated: 7 January 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 59719-955, Petition of JCI International, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2